**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH A. RUELAS,** | CASE SA CV 14-01761-VBF-AFM |
| **Petitioner,** | |
| v. | JUDGMENT |
| MUNIZ (Warden), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, Directing the Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of respondent Muniz and against petitioner Ralph A. Ruelas.**

Dated: February 9, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge