**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH A. RUELAS,** | No. SA CV 14-01761-VBF-AFM |
| **Petitioner,** | **ORDER** |
| v. | Directing the Respondent to Respond By Friday, April 8, 2016 to Petitioner's Motion to Extend Time to File a Notice of Appeal; |
| MUNIZ (Warden), | Permitting Petitioner to Reply By Monday, April 25, 2016 |
| Respondent. | |

On February 9, 2016, this Court issued an Order (Doc 30) overruling petitioner's objections to the United States Magistrate Judge's Report and Recommendation ("R&R"), adopting the R&R, denying the habeas corpus petition, and dismissing the action with prejudice. On that same date, the Court issued a separate Order denying petitioner a certificate of appealability ("COA") (Doc 32) and entered final judgment in favor of respondent and against petitioner (Doc 31).

On Tuesday, March 8, 2016, petitioner placed in the prison mail system two documents: a motion for reconsideration of the Order Denying a COA (Doc 33) and a motion to extend the time for filing a notice of appeal to the Ninth Circuit from the final judgment (Doc 34). The Court would benefit from a fuller exposition of the parties' views with regard to the motion to extend petitioner's time to file a notice of appeal.

<u>ORDER</u>

No later than Friday, April 8, 2016, respondent **SHALL FILE** a response to petitioner's motion to extend the time for filing a notice of appeal.

No later than Monday, April 25, 2016, petitioner **MAY FILE** a reply.

Respondent need <u>not</u> respond to the motion to reconsider the COA ruling.

Dated: March 17, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge